03-00063
USDC/RI
Lagueux

# United States Court of Appeals
## For the First Circuit

No. 04-2316

MANDATE

UNITED STATES OF AMERICA,

Appellee,

v.

WALLACE E. GONSALVES, JR.,

Defendant, Appellant.

**JUDGMENT**

Entered: January 20, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decisions and sentence are affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 2/10/06

**By the Court:**

Richard Cushing Donovan, Clerk

[cc: Ms. Dinerman, Mr. Matos, Mr. Lockhart, Mr. Traini, Mr. Egbert, Mr. Mann, Freedom of Health Foundation, Mr. Pearson, Ms. Shaw, & Mr. Whitaker.]