USA

Plaintiff

VS: CR No. 03-63L

WALLACE GONSALVES

Defendant

# EXHIBIT RECEIPT

Government's Exhibits: 1-9; (11 - 17 A-N BOTTLES) 18; 22-24; 26-30; 30A-D; 31; 31A-C; 33, 34-37; 38; 38B,C; 39 - 44; 45A,B; 46; 47A-D; 48A-C; 51-54; 58 (POSTER) 59 (POSTER) 61, 62A,B; 65-68; 69A-B; 70-76; 86, 88, 89, 90A-B; 92, 94A; 96; 97A-B; 98-110; 112-121; 125; 130-133, 140-143, 150-158, 160-163

DATED: 6/25/06

Print Name: JASON SIMONIAN